# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TANNER J. JACOBSON,<br><br>Defendant. | PO-24-5036-GF-JTJ<br><br>VIOLATIONS:<br>E1384124<br>E1384125<br>Location Code: M13<br><br>ORDER |

Based upon the United States' motion to extend the deadline for payment in this case, **IT IS ORDERED** that the February 16, 2025 payment deadline for violations E1384124 and E1384125 is **VACATED**.

The payment deadline for violations E1384124 and E1384125 is **RESET** for March 14, 2025.

DATED this 17th day of December, 2024.

_____
John Johnston
United States Magistrate Judge